# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CRIM. NO. 18-cr-718 |
| | § | |
| | § | |
| | § | |
| JOHN WESLEY SARPY | § | UNDER SEAL |

## UNNOPPOSED MOTION TO UNSEAL THE CASE

TO THE HONORABLE VANESSA GILMORE:

COMES NOW the United States of America, by and through Ryan K. Patrick, United States Attorney, and Suzanne Elmilady, Assistant United States Attorney, for the Southern District of Texas, moves this Honorable Court to unseal this criminal case. The defendant, **JOHN WESLEY SARPY**, has entered into a plea agreement with the United States on January 13, 2020, and therefore the need for the case to remain under seal is now moot.

Respectfully submitted,

RYAN PATRICK
UNITED STATES ATTORNEY

SUZANNE ELMILADY
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9574

## CERTIFICATE OF CONFERENCE

I hereby certify that on January 10, 2020, I conferred with defense counsel, John Parras, and he is unopposed to this motion.

SUZANNE ELMILADY
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2020, a true and correct copy of the foregoing United States Motion and Order to Seal was served to the Defendant's counsel of record, John Parras by e-mail, and on January 13, 2020 it was filed under seal via ECF.

SUZANNE ELMILADY
Assistant United States Attorney