Case 4:18-cr-00718 Document 47 Filed on 06/19/20 in TXSD Page 1 of 2
Case 3:20-mj-00616-BT Document 6 Filed 06/19/20 Page 1 of 2 PageID 8

United States Courts
Southern District of Texas
FILED
June 19, 2020
David J. Bradley, Clerk of Court

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 19 2020
CLERK, U.S. DISTRICT COURT
By_____ Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA § Case No. 3:20-mj-00616-BT
§ Other Dist. Docket No.
v. § Charge Pending:
§ Southern District of Texas
JOHN WESLEY SARPY (1) § Houston Division

### REPORT OF PROCEEDINGS UNDER RULES 5(c)(3) and 5.1
### AND ORDER ENTERED THEREON

The defendant is charged in the above-referenced district with the offense of Violation of Terms of Pretrial Release. Having been arrested in this district on a warrant issued on that/those charge(s), he/she appeared before me for proceedings as follows:

**Rule 5(c)(3)** **Transfer**



☒ The government has produced a copy of the warrant, and

☒ The Court finds that the person before the Court is the defendant named in the indictment, information or warrant because:



☒ The defendant waived identity hearing.

☐ An identity hearing was conducted, and the defendant's identity was established.

☐ The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is **NOT** the defendant named in the indictment, information or warrant.

**Rule 5.1:** **Preliminary Hearing**



☒ No preliminary hearing is necessary ~~because the defendant is charged by indictment.~~

☐ The defendant waived a preliminary hearing.

☐ The defendant elected to have a preliminary hearing in the district where the prosecution is pending.

☐ The defendant elected to have a preliminary hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

☐ There is probable cause to believe that the defendant committed the offense(s) charged.

☐ There is NOT probable cause to believe that the defendant committed the offense(s) charged.

**Rule 5(d)(3)** **Detention Hearing**

☐ No detention hearing is necessary because the government did not move to detain the defendant.

☐ The defendant waived a detention hearing.

 The defendant elected to have a detention hearing in the district where the prosecution is pending.

☐ The defendant elected to have a detention hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

    ☐ The defendant should be detained.

    ☐ The defendant should be released on bond.

---

### ORDER ENTERED ON THE FOREGOING REPORT

TO: UNITED STATES MARSHAL

 You are commanded to transfer the above-named defendant forthwith to the district in which he/she is charged and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

☐ It is ORDERED that this defendant be released from custody on bond pending further proceedings.

☐ It is ORDERED that this defendant be discharged.

DATE: June 19, 2020.

_____
United States Magistrate Judge

(Use Other Side for Return)