# U.S. District Court
## Northern District of Texas (Dallas)
### CRIMINAL DOCKET FOR CASE #: 3:20-mj-00616-BT All Defendants

Case title: USA v. Sarpy  
Other court case number: 4:18-CR-718-001 U.S. Dist. Court for S. Dist. of Texas, Houston

Date Filed: 06/18/2020  
Date Terminated: 06/19/2020

Assigned to: Magistrate Judge Rebecca Rutherford

**Defendant (1)**

**John Wesley Sarpy**  
*TERMINATED: 06/19/2020*

represented by **Federal Public Defender**  
Federal Public Defender - Dallas  
525 Griffin St  
Suite 629  
Dallas, TX 75202  
214-767-2746  
Fax: 214-767-2886  
Email: jason_hawkins@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Federal Public Defender Appointment*  
*Bar Status: Admitted/In Good Standing*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| Out of district arrest out of the Southern District of Texas, Houston Division. Charging the defendant with violation of terms of pretrial release. | |

**Plaintiff**

**USA** represented by **John J Boyle-DOJ**
US Attorney's Office
1100 Commerce St
Third Floor
Dallas, TX 75242-1699
214-659-8600
Email: john.boyle2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney's Office*
*Bar Status: Admitted/In Good Standing*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/19/2020 | 1 | MOTION for Detention filed by USA as to John Wesley Sarpy Attorney John J Boyle-DOJ added to party USA(pty:pla) (Boyle-DOJ, John) (Entered: 06/19/2020) |
| 06/19/2020 | | Arrest (Rule 5) of John Wesley Sarpy. Case Number 4:18-cr-718-001 from U.S. District Court for Southern District of Texas, Houston Division. (mcrd) (Entered: 06/19/2020) |
| 06/19/2020 | 2 | Minute Entry for proceedings held before Magistrate Judge Rebecca Rutherford: Initial Appearance as to John Wesley Sarpy held on 6/19/2020. Date of Arrest: 6/19/2020 Location interval set to: LC. Attorney Appearances: AUSA - John Boyle; Defense - Marti Morgan. (No exhibits) Time in Court - :03. (Court Reporter: Todd Anderson) (Attachments: # 1 Additional Page(s) Petition) (mcrd) (Entered: 06/19/2020) |
| 06/19/2020 | 3 | (Document Restricted) CJA 23 Financial Affidavit by John Wesley Sarpy. (mcrd) (Entered: 06/19/2020) |
| 06/19/2020 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to John Wesley Sarpy. Federal Public Defender for John Wesley Sarpy appointed. (Ordered by Magistrate Judge Rebecca Rutherford on 6/19/2020) (mcrd) (Entered: 06/19/2020) |
| 06/19/2020 | 5 | ELECTRONIC Minute Entry for Waiver of Rule 5 & 5.1 Hearings (identity, preliminary and detention) by John Wesley Sarpy: The defendant has been charged by indictment with a felony offense in another district. At a proceeding held on 6/19/2020 before Magistrate Judge Rebecca Rutherford, at which the defendant appeared in person and represented by counsel, the Magistrate Judge informed the defendant of the charges and his rights to an identity hearing to determine whether the defendant is the person named in the indictment and production of the warrant. The defendant stated he had discussed these rights with counsel, that the defendant understood these rights, and that the defendant wanted to waive his rights to an identity hearing and production of the warrant. The Magistrate Judge found the defendant's waiver was knowing and voluntary, and based on that waiver, the Magistrate Judge found the defendant is the person |

| | | |
|---|---|---|
| | | charged in the indictment. The defendant also consented to the issuance of an order requiring his appearance in the prosecuting district. (mcrd) (Entered: 06/19/2020) |
| 06/19/2020 | 6 | Report of Proceedings under Rule 5(c)(3) and 5.1 as to John Wesley Sarpy. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to U.S. District Court for Southern District of Texas, Houston Division. (Ordered by Magistrate Judge Rebecca Rutherford on 6/19/2020) (mcrd) (Entered: 06/19/2020) |
| 06/19/2020 | 7 | Notice FROM Texas Northern TO U.S. District Court for Southern District of Texas, Houston Division of a Rule 5, Rule 32.1, or Rule 40 Appearance as to John Wesley Sarpy. Your case number is: 4:18-CR-718-001. Docket sheet and documents attached.<br>*If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (mcrd) (Entered: 06/19/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/19/2020 16:35:03 | | | |
| **PACER Login:** | txsus0288:2650724:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:20-mj-00616-BT |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**