# U.S. District Court
## Northern District of Texas (Dallas)
### CRIMINAL DOCKET FOR CASE #: 3:20−mj−00616−BT−1

Case title: USA v. Sarpy
Other court case number: 4:18−CR−718−001 U.S. Dist. Court for S. Dist. of Texas, Houston

Date Filed: 06/18/2020
Date Terminated: 06/19/2020

Assigned to: Magistrate Judge Rebecca Rutherford

**Defendant (1)**

**John Wesley Sarpy**
*TERMINATED: 06/19/2020*

represented by **Federal Public Defender**
Federal Public Defender − Dallas
525 Griffin St
Suite 629
Dallas, TX 75202
214−767−2746
Fax: 214−767−2886
Email: jason_hawkins@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Public Defender Appointment*
*Bar Status: Admitted/In Good Standing*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Out of district arrest out of the Southern District of Texas, Houston Division. Charging the defendant with violation of terms of pretrial release. | |

**Plaintiff**

**USA** represented by **John J Boyle−DOJ**
US Attorney's Office
1100 Commerce St
Third Floor
Dallas, TX 75242−1699
214−659−8600
Email: john.boyle2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney's Office*
*Bar Status: Admitted/In Good Standing*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/19/2020 | 1 | 4 | MOTION for Detention filed by USA as to John Wesley Sarpy Attorney John J Boyle−DOJ added to party USA(pty:pla) (Boyle−DOJ, John) (Entered: 06/19/2020) |
| 06/19/2020 | | 6 | Arrest (Rule 5) of John Wesley Sarpy. Case Number 4:18−cr−718−001 from U.S. District Court for Southern District of Texas, Houston Division. (mcrd) (Entered: 06/19/2020) |
| 06/19/2020 | 2 | 7 | Minute Entry for proceedings held before Magistrate Judge Rebecca Rutherford: Initial Appearance as to John Wesley Sarpy held on 6/19/2020. Date of Arrest: 6/19/2020 Location interval set to: LC. Attorney Appearances: AUSA − John Boyle; Defense − Marti Morgan. (No exhibits) Time in Court − :03. (Court Reporter: Todd Anderson) (Attachments: # 1 Additional Page(s) Petition) (mcrd) (Entered: 06/19/2020) |
| 06/19/2020 | 3 | | (Document Restricted) CJA 23 Financial Affidavit by John Wesley Sarpy. (mcrd) (Entered: 06/19/2020) |
| 06/19/2020 | 4 | 10 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to John Wesley Sarpy. Federal Public Defender for John Wesley Sarpy appointed. (Ordered by Magistrate Judge Rebecca Rutherford on 6/19/2020) (mcrd) (Entered: 06/19/2020) |
| 06/19/2020 | 5 | 11 | ELECTRONIC Minute Entry for Waiver of Rule 5 & 5.1 Hearings (identity, preliminary and detention) by John Wesley Sarpy: The defendant has been charged by indictment with a felony offense in another district. At a proceeding held on 6/19/2020 before Magistrate Judge Rebecca Rutherford, at which the defendant appeared in person and represented by counsel, the Magistrate Judge informed the defendant of the charges and his rights to an identity hearing to determine whether the defendant is the person named in the indictment and production of the warrant. The defendant stated he had discussed these rights with counsel, that the defendant understood these rights, and that the defendant wanted to waive his rights to an identity hearing and production of the warrant. The Magistrate Judge found the defendant's waiver was knowing and voluntary, and based on that waiver, the Magistrate Judge found the defendant is the person charged in the indictment. The defendant also consented to the issuance of an |

| | | | |
|---|---|---|---|
| | | | order requiring his appearance in the prosecuting district. (mcrd) (Entered: 06/19/2020) |
| 06/19/2020 | 6 | 13 | Report of Proceedings under Rule 5(c)(3) and 5.1 as to John Wesley Sarpy. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to U.S. District Court for Southern District of Texas, Houston Division. (Ordered by Magistrate Judge Rebecca Rutherford on 6/19/2020) (mcrd) (Entered: 06/19/2020) |

Case 3:20-mj-00616-BT Document 1 Filed 06/19/20 Page 1 of 2 PageID 1
Case 4:18-cr-00718 Document 47-2 Filed on 06/19/20 in TXSD Page 4 of 14
Case 3:20-mj-00616-BT Document 7 Filed 06/19/20 Page 4 of 14 PageID 13

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN WESLEY SARPY | NO.  3:20-MJ-616-BT |

## MOTION FOR DETENTION

The United States moves for detention pending sentencing of defendant pursuant to 18 U.S.C. § 3143(a).

1. <u>Reason for Detention.</u>   The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    <u>  X  </u>   Defendant's appearance as required

    <u>  X  </u>   Safety of any other person and the community

2. <u>Time For Detention Hearing.</u>   The United States requests the Court conduct the detention hearing:

    <u>  X  </u>   At first appearance

    <u>     </u>   After continuance of <u>   3   </u> days (not more than 3).

DATED this 19th day of June, 2020.

            Respectfully submitted,

            ERIN NEALY COX
            UNITED STATES ATTORNEY

**Motion for Detention - Page 1**

Case 3:20-mj-00616-BT Document 1 Filed 06/19/20 Page 2 of 2 PageID 2
Case 4:18-cr-00723 Document 47-1 Filed on 06/19/20 in TXSD Page 5 of 2
Case 3:20-mj-00616-BT Document 7 Filed 06/19/20 Page 5 of 14 PageID 14

                                                s/ John J. Boyle
                                                JOHN J. BOYLE
                                                Assistant United States Attorney
                                                Texas State Bar No. 00790002
                                                1100 Commerce Street, Third Floor
                                                Dallas, Texas 75242-1699
                                                Tel:   214.659.8600
                                                Fax: 214.767.0978
                                                E-Mail: John.Boyle2@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on **June 19, 2020**, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court. I do not know the attorney who will represent the defendant; however, I hereby certify that I will hand-deliver a copy of the foregoing document to the attorney or the defendant at the first available opportunity to do so.

                                                s/ John J. Boyle
                                                JOHN J. BOYLE
                                                Assistant United States Attorney

**Motion for Detention - Page 2**

Case 3:20-mj-616   NEF for Docket Entry   Filed 06/19/2020   Page 1 of 1
Case 4:18-cr-00718   Document 47-2   Filed on 06/19/20 in TXSD   Page 6 of 14
Case 3:20-mj-00616-BT   Document 7   Filed 06/19/20   Page 6 of 14   PageID 15

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: John J Boyle-DOJ (caseview.ecf@usdoj.gov, emma.reppeto@usdoj.gov,
ereppeto@usa.doj.gov, jboyle6304@gmail.com, john.boyle2@usdoj.gov,
matthew.smith7@usdoj.gov), Magistrate Judge Rebecca Rutherford
(bridget_o'hickey@txnd.uscourts.gov, jordan_curry@txnd.uscourts.gov,
judge_rutherford_ecfdocs@txnd.uscourts.gov, lavenia_price@txnd.uscourts.gov,
lori_douglas@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov), U.S.
Marshals Office (usms-txn-courtdocket@usdoj.gov)
--No Notice Sent:

Message-Id:12397730@txnd.uscourts.gov
Subject:Activity in Case 3:20-mj-00616-BT USA v. Sarpy Arrest - Rule 5/32.1/40
Content-Type: text/html
```

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Click here to see Judge Specific Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

## U.S. District Court

## Northern District of Texas

### Notice of Electronic Filing

The following transaction was entered on 6/19/2020 at 3:00 PM CDT and filed on 6/19/2020

| | |
|---|---|
| **Case Name:** | USA v. Sarpy |
| **Case Number:** | 3:20−mj−00616−BT |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest (Rule 5) of John Wesley Sarpy. Case Number 4:18−cr−718−001 from U.S. District Court for Southern District of Texas, Houston Division. (mcrd)**

**3:20−mj−00616−BT−1 Notice has been electronically mailed to:**

John J Boyle−DOJ   john.boyle2@usdoj.gov, CaseView.ECF@usdoj.gov, EReppeto@usa.doj.gov, Emma.Reppeto@usdoj.gov, Matthew.Smith7@usdoj.gov, jboyle6304@gmail.com

**3:20−mj−00616−BT−1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| JUDGE: REBECCA RUTHERFORD | |
| DEPUTY CLERK: L. Price | COURT REPORTER/TAPE NO: Todd Anderson |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: | COURT TIME: 1:29 – 1:32 |
| A.M.    P.M. | DATE: June 18, 2020 |

☐ MAG. NO.    ☐ DIST. CR. NO. 3:20-mj-00616-BT

USDJ Magistrate Judge Rebecca Rutherford

_John Boyle_, AUSA

UNITED STATES OF AMERICA

v.

_Marti Morgan_

JOHN WESLEY SARPY (1)

COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☑ INITIAL APPEARANCE  ☐ IDENTITY  ☐ BOND HEARING  ☐ PRELIMINARY HEARING
☐ DETENTION HEARING  ☐ COUNSEL DETERMINATION HEARING  ☐ REMOVAL HEARING  ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____  ☐ OTHER DISTRICT  ☐ DIVISION
☑ DATE OF FEDERAL ARREST/CUSTODY: 06/18/2020  ☐ SURRENDER _____
☐ RULE 5/32  ☐ APPEARED ON WRIT
☑ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES  ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☑ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT  ☐ MW (MATERIAL WITNESS) _____ APPEARED  ☐ WITH  ☐ WITHOUT COUNSEL
☑ REQUESTS APPOINTED COUNSEL.
☑ FINANCIAL AFFIDAVIT EXECUTED.
☑ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED _____
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET  ☐ DETENTION HEARING SET _____

☐ PRELIMINARY HEARING SET _____    ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND  ☐ SET  ☐ REDUCED TO $ _____  ☐ CASH  ☐ SURETY  ☐ 10%  ☐ PR  ☐ UNS  ☐ 3RD PTY  ☐ MW
☐ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED  ☐ DEFT  ☐ MW RELEASED  ☐ STATE AUTHORITIES  ☐ INS
☐ DEFT  ☐ MW REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☑ WAIVER OF  ☐ PRELIMINARY HEARING  ☑ RULE 5/32 HEARING  ☐ DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE  ☐ ID  ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☑ REMARKS: _Waived all hearings._

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 19 2020
CLERK, U.S. DISTRICT COURT
By _____
Deputy

7

Case 3:20-mj-00616-BT Document 7-1 Filed 06/19/20 Page 8 of 14 PageID 17
Case 3:20-mj-00616-BT Document 7 Filed 06/19/20 Page 8 of 14 PageID 17
Case 4:18-cr-00718 Document 37 (Court only) Filed on 05/12/20 in TXSD Page 1 of 2

PS-8
(Rev. 6/17)

United States District Court
Southern District of Texas

**ENTERED**
May 12, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**

Southern District Of Texas
Houston Division

3:20 mj 616-BT

U.S.A. vs. John Wesley Sarpy

Docket No. 4:18CR00718-001

**Petition for Action on Conditions of Pretrial Release**

Rodney Claxton, U. S. Probation Officer, presents this report on the conduct of John Wesley Sarpy, who was placed on pretrial supervision by the Honorable Frances H. STACY at Houston, Texas, on December 27, 2018, under these conditions:

7.u. Report, as soon as possible, any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

On or about April 24, 2020, Mr. Sarpy was questioned by a peace officer with the Youngsville Police Department, incident number 20-137083, in reference to Mr. Sarpy possibly providing fraudulent documents from a bank in an attempt to obtain real estate. Mr. Sarpy has not informed the probation officer of this contact.

On January 13, 2020, the defendant pleaded guilty before your Honor and is scheduled for sentencing on June 22, 2020.

Petition for Court Action:

Petitioning that the Court will order a warrant be issued for him to be brought before the Court to show why his bond should not be revoked.

I declare under penalty of perjury, that the
foregoing is true and correct to the best of
my knowledge.

_____
Rodney Claxton
Senior United States Probation Officer

_____
Reginald C. HOLLINS
Supervising U.S. Probation Officer

Case 3:20-mj-00616-BT Document 2-1 Filed 06/19/20 Page 2 of 2 PageID 5
Case 3:20-mj-00616-BT Document 7 Filed 06/19/20 Page 9 of 14 PageID 18
Case 4:18-cr-00718 Document 37 (Court only) Filed on 05/12/20 in TXSD Page 2 of 2

RE: John Wesley Sarpy
Dkt. No.: 4:18CR00718-001
Page 2

Order of the Court:

☐      No Action

☒      Issuance of a Warrant

☐      Issuance of a Summons

☐      Concur with recommendation

☐      Other: _____.

Ordered    May 12   , 2020.

_____
Vanessa D. Gilmore
United States District Judge



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Case No. 3:20-mj-00616-BT |
| JOHN WESLEY SARPY (1) | § | |

**ORDER APPOINTING FEDERAL PUBLIC DEFENDER**

The Court, having considered the Financial Affidavit of the Defendant, finds that the Defendant is financially unable to obtain counsel.

IT IS, THEREFORE, ORDERED pursuant to Title 18, United States Code, Section 3006A, that the Federal Public Defender for the Northern District of Texas is appointed as counsel of record for the above named Defendant. Such appointment shall be for all proceedings, including any appeal.

SIGNED June 19, 2020.

REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE

Case 3:20-mj-616   NEF for Docket Entry 5   Filed 06/19/2020   Page 1 of 2
Case 4:18-cr-00718   Document 47-2   Filed on 06/19/20 in TXSD   Page 11 of 14
Case 3:20-mj-00616-BT   Document 7   Filed 06/19/20   Page 11 of 14   PageID 20

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: John J Boyle-DOJ (caseview.ecf@usdoj.gov, emma.reppeto@usdoj.gov,
ereppeto@usa.doj.gov, jboyle6304@gmail.com, john.boyle2@usdoj.gov,
matthew.smith7@usdoj.gov), Federal Public Defender (annette_hill@fd.org,
astrid_gault@fd.org, cristal_a_ramos@fd.org, jason_hawkins@fd.org, joel_page@fd.org,
mary_moore@fd.org, monaleeza_montalvo@fd.org), Magistrate Judge Rebecca Rutherford
(bridget_o'hickey@txnd.uscourts.gov, jordan_curry@txnd.uscourts.gov,
judge_rutherford_ecfdocs@txnd.uscourts.gov, lavenia_price@txnd.uscourts.gov,
lori_douglas@txnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:12397798@txnd.uscourts.gov
Subject:Activity in Case 3:20-mj-00616-BT USA v. Sarpy Waiver of Rule 5/32.1/40 Hearings
Content-Type: text/html
```

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: <u>Judges' Copy Requirements.</u> Click here to see <u>Judge Specific Requirements.</u> Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. <u>Forms and Instructions</u> found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

**U.S. District Court**

**Northern District of Texas**

**Notice of Electronic Filing**

The following transaction was entered on 6/19/2020 at 3:09 PM CDT and filed on 6/19/2020

| | |
|---|---|
| **Case Name:** | USA v. Sarpy |
| **Case Number:** | <u>3:20-mj-00616-BT</u> |
| **Filer:** | Dft No. 1 - John Wesley Sarpy |
| **Document Number:** | 5(No document attached) |

**Docket Text:**
**ELECTRONIC Minute Entry for Waiver of Rule 5 & 5.1 Hearings (identity, preliminary and detention) by John Wesley Sarpy: The defendant has been charged by indictment with a felony offense in another district. At a proceeding held on 6/19/2020 before Magistrate Judge Rebecca Rutherford, at which the defendant appeared in person and represented by counsel, the Magistrate Judge informed the defendant of the charges and his rights to an identity hearing to determine whether the defendant is the person named in the indictment and production of the warrant. The defendant stated he had discussed these rights with counsel, that the defendant understood these rights, and that the defendant wanted to waive his rights to an identity hearing and production of the warrant. The Magistrate Judge found the defendant's waiver was knowing and voluntary, and based on that waiver, the Magistrate Judge found the defendant is the person charged in the indictment. The defendant also consented to the issuance of an order requiring his appearance in the prosecuting district. (mcrd)**

Case 3:20-mj-00616 NEF for Docket Entry 5 Filed 06/19/2020 Page 2 of 2
Case 4:18-cr-00718 Document 47-2 Filed on 06/19/20 in TXSD Page 12 of 14
Case 3:20-mj-00616-BT Document 7 Filed 06/19/20 Page 12 of 14 PageID 21

**3:20−mj−00616−BT−1 Notice has been electronically mailed to:**

Federal Public Defender    jason_hawkins@fd.org, annette_hill@fd.org, astrid_gault@fd.org, cristal_a_ramos@fd.org, joel_page@fd.org, mary_moore@fd.org, monaleeza_montalvo@fd.org

John J Boyle−DOJ    john.boyle2@usdoj.gov, CaseView.ECF@usdoj.gov, EReppeto@usa.doj.gov, Emma.Reppeto@usdoj.gov, Matthew.Smith7@usdoj.gov, jboyle6304@gmail.com

**3:20−mj−00616−BT−1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:20-mj-00616-BT |
| | § | Other Dist. Docket No. |
| v. | § | Charge Pending: |
| | § | Southern District of Texas |
| JOHN WESLEY SARPY (1) | § | Houston Division |

**REPORT OF PROCEEDINGS UNDER RULES 5(c)(3) and 5.1
AND ORDER ENTERED THEREON**

The defendant is charged in the above-referenced district with the offense of Violation of Terms of Pretrial Release. Having been arrested in this district on a warrant issued on that/those charge(s), he/she appeared before me for proceedings as follows:

**Rule 5(c)(3)     Transfer**

☒ The government has produced a copy of the warrant, and

☒ The Court finds that the person before the Court is the defendant named in the indictment, information or warrant because:

   ☒ The defendant waived identity hearing.

   ☐ An identity hearing was conducted, and the defendant's identity was established.

☐ The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is **NOT** the defendant named in the indictment, information or warrant.

**Rule 5.1:     Preliminary Hearing**

☒ No preliminary hearing is necessary ~~because the defendant is charged by indictment.~~

☐ The defendant waived a preliminary hearing.

☐ The defendant elected to have a preliminary hearing in the district where the prosecution is pending.

☐ The defendant elected to have a preliminary hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

   ☐ There is probable cause to believe that the defendant committed the offense(s) charged.

   ☐ There is NOT probable cause to believe that the defendant committed the offense(s) charged.

**Rule 5(d)(3)     Detention Hearing**

☐ No detention hearing is necessary because the government did not move to detain the defendant.

☐ The defendant waived a detention hearing.

 ☒ The defendant elected to have a detention hearing in the district where the prosecution is pending.

☐ The defendant elected to have a detention hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

    ☐ The defendant should be detained.

    ☐ The defendant should be released on bond.

---

### ORDER ENTERED ON THE FOREGOING REPORT

TO: UNITED STATES MARSHAL

 ☒ You are commanded to transfer the above-named defendant forthwith to the district in which he/she is charged and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

☐ It is ORDERED that this defendant be released from custody on bond pending further proceedings.

☐ It is ORDERED that this defendant be discharged.

DATE: June 19, 2020.

(Use Other Side for Return)           United States Magistrate Judge