UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| *versus* | § | **CRIMINAL DOCKET 4:18-CR-718-01** |
| | § | **JUDGE VANESSA GILMORE** |
| **JOHN SARPY** | § | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

*TO THE HONORABLE VANESSA GILMORE*:

John Sarpy asks to continue his sentencing hearing and shows the following in support of this request:

1. Sarpy pleaded guilty to one count of wire fraud. His sentencing hearing is scheduled for October 5, 2020, at 9:30 am

2. Sarpy was initially represented by the Federal Public Defender's Office. The undersigned was appointed after a sealed, ex parte motion to withdraw was filed.

3. The Covid-19 pandemic has made it difficult to meet with Sarpy to discuss the case, and to otherwise prepare for sentencing. The undersigned will be unable to render effective assistance of counsel if the sentencing hearing is held as currently scheduled.

4. Sarpy requests the Court to continue the sentencing hearing for 30 days.

5. The AUSA unopposed to this motion.

Respectfully submitted,

/s/ David Adler

_____
David Adler
State Bar of Texas 00923150
Southern District of Texas 17942

                6750 West Loop South
                Suite 120
                Bellaire (Houston), Texas 77401
                (713) 666-7576
                (713) 665-7070 (Fax)

                Attorney for Defendant,
                John Sarpy

## CERTIFICATE OF SERVICE

A copy of this motion was served upon the AUSA by e-mail on September 29, 2020.

                /s/ David Adler
                _____
                David Adler

## CERTIFICATE OF CONFERENCE

The AUSA is unopposed to this motion.

                /s/ David Adler
                _____
                David Adler

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| *versus* | § | **CRIMINAL DOCKET 4:18-CR-718-01** |
| | § | **JUDGE VANESSA GILMORE** |
| **JOHN SARPY** | § | |

**ORDER ON UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

Sarpy's unopposed motion to continue the sentencing hearing is:

Granted,

Sarpy's sentencing hearing will begin at _____ am pm on _____ _____, 20___.

Denied.

Signed on _____ _____, 2020.

_____
Vanessa Gilmore
United States District Judge