United States District Court
Southern District of Texas
**ENTERED**
October 01, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| *versus* | § | **CRIMINAL DOCKET 4:18-CR-718-01** |
| | § | **JUDGE VANESSA GILMORE** |
| **JOHN SARPY** | § | |

### ORDER ON UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Sarpy's unopposed motion to continue the sentencing hearing is:

Granted,

Sarpy's sentencing hearing will begin at __9:30__ am on __November__ __30__, 20 __20__.

~~Denied~~.

Signed on __September 29__, 2020.

Vanessa Gilmore
United States District Judge