UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | CRIM. No. H-18-718 |
| § | |
| JOHN WESLEY SARPY § | |
| Defendant. § | |

**UNITED STATES MOTION TO DISMISS
COUNTS TWO AND THREE OF THE INDICTMENT**

TO THE HONORABLE VANESSA D. GILMORE:

COMES NOW, the United States of America, by and through Ryan K. Patrick, United States Attorney for the Southern District of Texas, Suzanne Elmilady, Assistant United States Attorney, hereby respectfully moves this Court for dismissal of counts two and three in this case against defendant, **John Wesley Sarpy,** without prejudice.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney
Southern District of Texas

/s/ Suzanne Elmilady
Suzanne Elmilady
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002