UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **4:18-CR-718-01** |
| *versus* | § | |
| | § | **JUDGE VANESSA GILMORE** |
| **JOHN SARPY** | § | |

## DEFENDANT'S NOTICE OF APPEAL

*TO THE HONORABLE VANESSA GILMORE*:

  John Sarpy provides notice of his appeal of the conviction and sentence in this matter to the Fifth Circuit Court of Appeals.

                 Respectfully submitted,

                 /s/ David Adler
                 _____

                 David Adler
                 State Bar of Texas 00923150
                 Southern District of Texas 17942
                 6750 West Loop South
                 Suite 120
                 Bellaire (Houston), Texas 77401
                 (713) 666-7576
                 (713) 665-7070 (Fax)

                 Attorney for Defendant,
                 John Sarpy

## CERTIFICATE OF SERVICE

This pleading was delivered to the AUSA via CM/ECF on November 30, 2020.

                 /s/ David Adler
                 _____
                 David Adler