United States Courts
Southern District of Texas
FILED
December 31, 2020
David J. Bradley, Clerk of Court

## United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 31, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 20-20628   USA v. Sarpy
              USDC No. 4:18-CR-718-1

The court has granted in part an extension of time to and including February 11, 2021 for ordering transcripts and making financial arrangements with the court reporter(s) in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Angelique B. Tardie, Deputy Clerk
504-310-7715

Mr. David J. Bradley
Mr. David Adler
Ms. Carmen Castillo Mitchell