# United States Court of Appeals for the Fifth Circuit

No. 20-20628

United States Courts
Southern District of Texas
FILED
February 17, 2021
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
February 17, 2021
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

*versus*

JOHN WESLEY SARPY,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CR-718-1

---

CLERK'S OFFICE:

Under 5ᵀᴴ CIR. R. 42.3, the appeal is dismissed as of February 17, 2021, for want of prosecution. The appellant failed to timely order transcript and make financial arrangements with court reporter.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Rebecca L. Leto, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

February 17, 2021

Mr. Nathan Ochsner  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 20-20628    USA v. Sarpy  
                        USDC No. 4:18-CR-718-1

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____  
                                      Rebecca L. Leto, Deputy Clerk  
                                      504-310-7703

cc:   Mr. David Adler  
       Ms. Carmen Castillo Mitchell